FILED
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW RYAN ALLEN,<br><br>   Defendant. | No. 8:25-cr-00019-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
|---|---|

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

A.   INTRODUCTORY ALLEGATION

At all times relevant to this Indictment, defendant MATTHEW RYAN ALLEN knew that he had previously been convicted of felony crimes, and thus was not allowed to possess any firearm or ammunition. Following information that defendant ALLEN was in possession of firearms, law enforcement officers obtained and executed a search warrant at defendant ALLEN's residence where they recovered three 3D printing devices, two semi-automatic pistols without serial numbers, multiple pistol magazines, firearms parts, and over two hundred rounds of ammunition as depicted in the image below.



B.   FELON IN POSSESSION OF AMMUNITION

On or about May 30, 2024, in Orange County, within the Central District of California, defendant MATTHEW RYAN ALLEN knowingly possessed ammunition, namely, fifty-three Remington-Peters 9mm Luger rounds, forty-nine Hornady 9mm Luger rounds, and two hundred Winchester 9mm Luger rounds, in and affecting interstate and foreign commerce.

Defendant ALLEN possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Voluntary Manslaughter, in violation of North Carolina General Statute § 14-18, in the Superior Court for the State of North Carolina, County of Craven, Case Number 10CRS052994, on or about August 30, 2012;

(2) Attempted Possession of Controlled Substance in Prison/Jail Premises in violation of North Carolina General Statute § 90-

95(E)(9), in the Superior Court for the State of North Carolina, County of Craven, Case Number 17CRS000472, on or about February 6, 2018; and

    (3) Conspiracy to Sell/Deliver Schedule III Controlled Substance, in violation of North Carolina General Statute § 90-98, in the Superior Court for the State of North Carolina, County of Craven, Case Number 17CRS050304, on or about February 6, 2018.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

4

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                                A TRUE BILL

                                                /s/
                                                Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Orange County Office

BRIAN J. YANG
Assistant United States Attorney
Orange County Office